IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WAYNE McGEE,

        Plaintiff,                      No. CIV S-10-2990 EFB P

    vs.

R.J. RACKLEY, et al.,

                              ORDER AND
        Defendants.       FINDINGS AND RECOMMENDATIONS

    Plaintiff filed this civil rights action on November 8, 2010. On November 15, 2010, the court ordered plaintiff to submit the filing fee or an application to proceed in forma pauperis within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

    The 30-day period has expired and plaintiff has not paid the filing fee, submitted an in forma pauperis application, or otherwise responded to the court's order.[1]

    Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States District Judge to this case.

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1   Further, it is RECOMMENDED that this action be dismissed without prejudice.

2   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 24, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE